IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BONIFACIA M. CARDENAS**                                        **PLAINTIFF**

v.                    No. 4:17-CV-00004-JLH-BD

**NANCY A. BERRYHILL, Acting Commissioner,**
Social Security Administration                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED, with instructions to develop the record as necessary and to reevaluate the Plaintiff's impairments and RFC.

DATED this 6th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE